UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID DWIGHT YATES,

    Defendant.
_____/

CRIM. CASE NO. 11-20513
CIVIL CASE NO. 13-14871

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

**ORDER ADOPTING CONCLUSION OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RESENTENCING HEARING PURSUANT TO 28 U.S.C. §2255:[1]**

**Hearing will be held on April 25, 2017 at 2:00pm**

SO ORDERED.

DATED: MAR 1 3 2017

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

---

[1] In adopting the Magistrate Judge's conclusion – that this Court should hold a Resentencing Hearing, this Court does not adopt all of the fact finding conclusions in the Magistrate Judge's Report and Recommendation to this Court.